UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                            Case No. 09-72986

ERNEST KENT COMBS,                                Chapter 13

        Debtor.                                 Judge Thomas J. Tucker
_____/

**AMENDED ORDER GRANTING THE MOTION FOR RELIEF FROM STAY
FILED BY PAMELA L. MYTNICK**[1]

This case came before the Court on the Motion for Relief From Stay filed by Pamela L. Mytnick (Docket # 22, the "Motion"). On September 3, 2010, the Court entered a written, amended opinion regarding the motion (Docket # 88). For the reasons stated in the written, amended opinion,

    IT IS ORDERED that:

1.     The Motion (Docket # 22) is granted to the extent of the relief provided by this Order. To the extent the Motion seeks any other relief, it is denied.

2.     Pamela L. Mytnick is granted relief from the automatic stay, to permit Mytnick to:

    a.     Ask the Oakland County Circuit Court to determine whether a valid EDRO may enter under Michigan law, and if so, to enter and enforce an EDRO.

    b.     Ask the state court to compel Debtor to comply with the 1999 consent judgment, by paying Mytnick $855 of the monthly pension payments Debtor receives each month *in the future*, and to enforce that obligation by contempt proceedings, if necessary.

    c.     Seek state court remedies *other than* collection from ***Debtor's bankruptcy estate***, for Debtor's *past* failures to comply with his obligations under the consent judgment to pay Mytnick $855 per month. (This portion of the stay relief order permits Mytnick to seek collection from any funds traceable to Debtor's monthly pension benefit received from March 2009

---

[1] This amended order amends the order filed August 31, 2010 (Docket # 84).

— when Debtor stopped paying Mytnick her $855 per month share of Debtor's monthly pension benefit — through the present. Debtor holds $855 per month of any such funds in constructive trust for Mytnick's benefit.)

3. The 14-day stay under Fed.R.Bankr.P. 4001(a)(3) does not apply to this Order.

**Signed on September 3, 2010**          **/s/ Thomas J. Tucker**
                                         **Thomas J. Tucker**
                                         **United States Bankruptcy Judge**

2